DOWNEY BRAND LLP
STEVEN P. SAXTON (Bar No. 116943)
SCOTT L. SHAPIRO (Bar No. 173570)
MAYA R. FERRY (Bar No. 232404)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ssaxton@downeybrand.com
sshapiro@downeybrand.com
mferry@downeybrand.com
adurbin@downeybrand.com

Attorneys for Plaintiff
NEVADA AREA COUNCIL, BOY SCOUTS OF AMERICA

MINASIAN, SPRUANCE, MEITH, SOARES & SEXTON, LLP
PAUL MINASIAN (Bar No. 040972)
DUSTIN COOPER (Bar No. 245774)
1681 Bird Street
P.O. Box 1679
Oroville, CA 95965-1679
Telephone: (530) 533-2885
Facsimile: (530) 533-0197
pminasian@minasianlaw.com
dcooper@minasianlaw.com

Attorneys for Defendant
RUSSELL MARGIOTTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA AREA COUNCIL, BOY SCOUTS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL MARGIOTTA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:09-cv-1356<br><br>**STIPULATION AND ORDER LIFTING TEMPORARY RESTRAINING ORDER AND DISMISSING ACTION** |

1006325.2

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL

# STIPULATION

Plaintiff NEVADA AREA COUNCIL, BOY SCOUTS OF AMERICA (hereinafter "Plaintiff" or "Boy Scouts") and Defendant Russell Margiotta (hereinafter "Defendant" or "Margiotta"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, in consultation with the United States Forest Service, the United States Attorneys, and the Plumas County Public Health Agency ("PCPHA"), the parties have executed a Settlement Agreement, attached hereto as **Exhibit A**, which represents their efforts to resolve this matter without admitting or denying any legal contentions.

WHEREAS the United States Forest Service and United States Attorney have indicated that they have no objections to the implementation of the Settlement Agreement as outlined, as long as it is implemented after the Court lifts its May 20, 2009 temporary restraining order, and as long as they are provided with adequate notice and an opportunity to observe the work as it progresses.

WHEREAS Margiotta agrees to provide the Forest Service with adequate notice and an opportunity to observe the work he performs as it progresses pursuant to the Settlement Agreement. Provided that the temporary restraining order is lifted and the action is dismissed, Margiotta will begin work in accordance with the Settlement Agreement at 8:00 a.m. on May 28, 2009.

NOW THEREFORE, the Parties HEREBY STIPULATE AND AGREE to the following terms and request that the Court approve, issue and enter the following order:

The parties stipulate and agree and hereby request that the Court lift the temporary restraining order entered on May 20, 2009 in order that Margiotta may commence necessary work at 8:00 a.m. tomorrow pursuant to the Settlement Agreement.

The parties stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that this action be dismissed without prejudice, upon the Court's lifting of the temporary restraining order.

**SO STIPULATED.**

| | |
|---|---|
| DATED: May 27, 2009 | DOWNEY BRAND LLP |
| | By: /s/ Aparna Rajagopal-Durbin |
| | APARNA RAJAGOPAL-DURBIN |
| | Attorney for Plaintiff |
| | NEVADA AREA COUNCIL, BOY SCOUTS OF AMERICA |
| DATED: May 27, 2009 | MINASIAN, SPRUANCE, MEITH, SOARES & SEXTON, LLP |
| | By: /s/ Dustin Cooper |
| | DUSTIN COOPER |
| | Attorney for Defendant |
| | RUSSELL MARGIOTTA |

The United States Forest Service, by and through its attorneys, hereby states that it does not object to the request of the parties as outlined above.

| | |
|---|---|
| DATED: May 27, 2009 | |
| | By: /s/ Sylvia Quast |
| | SYLVIA QUAST |
| | United States Attorney |
| | On behalf of the United States Department of Agriculture, Forest Service |

1006325.2

1 **<u>ORDER</u>**

2 Having reviewed the signed Stipulation entered into by and between the parties and the
3 United States Department of Agriculture, Forest Service, the Court HEREBY ORDERS that the
4 Court's 10-day Temporary Restraining Order dated May 20, 2009 is hereby rescinded and lifted,
5 and the above-captioned action dismissed without prejudice.

7 IT IS SO ORDERED.

9 DATED: May 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1006325.2